IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: PUERTO RICAN CABOTAGE ANTITRUST LITIGATION | MDL Docket No. 3:08-md-1960 (DRD) |
| ------------------------------------------------ | |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES | |

## MOTION REQUESTING LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT

**TO THE HONORABLE COURT:**

COME NOW defendants, Crowley Maritime Corporation and Crowley Liner Services, Inc. (collectively "Crowley"), through the undersigned attorneys, and respectfully state and pray as follows:

1. On July 8, 2009, Plaintiffs filed a "Motion for Preliminary Approval of the Settlement with Horizon Defendants, Certification of Settlement Class, Authorization to Disseminate Class Notice, and Stay of Proceedings Against the released Defendants and Memorandum in Support Thereof". (See, Docket No. 375).

2. As per the Court's Order of July 11, 2009, the appearing Defendants are filing today a Memorandum in Opposition to the Motion for Preliminary Approval of Settlement Agreement with Horizon Defendants.

3. Due to the complexity of the arguments and the issues at hand, Crowley's Motion in Opposition exceeds the 15-page limit set forth by Local Rule 7.1(e).

4. In view of the legal issues of the case and the severe consequences that preliminary approval of the proposed settlement would have on the non-settling defendants, Crowley respectfully request that this Honorable Court grant leave to file its Memorandum in Opposition with a total of 35 pages.

**WHEREFORE**, Crowley respectfully request this Honorable Court to grant leave to file its Memorandum in Opposition to Motion for Preliminary Approval of Settlement Agreement Involving the Horizon Defendants with a total 35 pages.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 20th day of July, 2009.

**WE HEREBY CERTIFY** that on July 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically to all counsel of record.


s/Samuel Rosenthal, Esq.
Admitted Pro Hac Vice
PATTON BOGGS LLP
Attorneys for Crowley Maritime Corporation
and Crowley Liner Services, Inc.
2550 M Street, N.W.
Washington, D.C. 20037
Tel. (202) 457-6000
Fax (202) 457-6482
e-mail: srosenthal@pattonboggs.com

s/William A. Graffam
USDC-PR No. 123113
JIMENEZ, GRAFFAM & LAUSELL
Attorneys for Crowley Maritime Corporation
and Crowley Liner Services, Inc.
PO Box 366104
San Juan, PR 00936-6104
Tel. 787-767-1030
Fax 787-751-4068
e-mail: wgraffam@jgl.com