IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: PUERTO RICO CABOTAGE ANTITRUST LITIGATION | MDL Docket No. 08-md-1960 (DRD) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**MOTION TO JOIN SEA STAR'S MOTION IN RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH HORIZONS DEFENDANTS, CERTIFICATION OF SETTLEMENT CLASS, AUTHORIZATION TO DISSEMINATE CLASS NOTICE, AND STAY OF PROCEEDINGS AGAINST THE RELEASED DEFENDANTS**

TO THE HONORABLE COURT:

COMES NOW Leonard Shapiro represented by his undersigned attorney and does hereby states, alleges and prays as follows:

1. The Honorable Court has authorized the non-settling defendants to brief their position regarding their opposition to Plaintiffs proposed settlement with Horizon. Sea Star Lines LLC has filed a Motion in Response to Plaintiffs' Motion for Preliminary Approval of Settlement with Horizon Defendants, Certification of Settlement Class, Authorization to Disseminate Class Notice, and Stay of Proceedings against the Released Defendants filed on behalf of Sea Star Lines LCC (Docket 386).

2. Leonard Shapiro hereby joins said Motion (Response) filed by Sea Star Lines LLC, since its represents Mr. Shapiro's position on the matters.

3. Appearing Codefendant Leonard Shapiro prays this Court to approve the joinder expressed in this Motion.

1

NOW WHEREFORE appearing Codefendant Leonard Shapiro does hereby pray this Honorable Court to approve the present motion in all its parts.

RESPECTFULLY SUBMITTED,

At San Juan, Puerto Rico, this 20th day of July, 2009.

**CERTIFICATE OF SERVICE**:  It is hereby certified that on this same date, we have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

> *s/Roberto Busó-Aboy*
> **ROBERTO BUSÓ-ABOY**
> USDC-PR 111408
> Westernbank World Plaza, Suite 1905
> 268 Muñoz Rivera Ave.
> San Juan, Puerto Rico 00918-1931
> Tels. (787) 250-7171 and (787) 765-3587
> Fax (787) 758-2448