IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: PUERTO RICAN CABOTAGE ANTITRUST LITIGATION | : : Master Docket No. 3:08-md-1960(DRD) : : |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : : : |

**MOTION FOR LEAVE TO FILE PLAINTIFFS' SUR-SURREPLY TO CROWLEY DEFENDANTS' SUR-REPLY (DOC. NO. 396) REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT WITH HORIZON DEFENDANTS IN EXCESS OF PAGE LIMIT**

**TO THE HONORABLE COURT:**

**COME NOW** Direct Purchaser Plaintiffs and the Class, by their undersigned counsel, and respectfully aver and pray as follows:

1. Today, Direct Purchaser Plaintiffs and the Class filed a request for leave to file their tendered *Sur-surreply to Crowley Defendants' Sur-reply (Doc. No. 396) regarding Plaintiffs' Motion for Preliminary Approval of Settlement Agreement with Horizon Defendants*. See Docket No. 401.

2. Due to the need to fully address Crowley Defendants' arguments, the Direct Purchaser Plaintiffs and the Class had to go beyond the page limit required under section 7.1(e) of the Local Civil Rules for the U.S. District Court for the District of Puerto Rico. Therefore, they request that a leave be granted on this matter to exceed the page required in Local Civil Rule 7.1(e).

**WHEREFORE,** for the reasons set forth above, Direct Purchaser Plaintiffs and the Class respectfully request this Honorable Court to grant leave to file to exceed the page limit of section 7.1(e) of the Local Civil Rules.

**WE HEREBY CERTIFY** that today we electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which, on information and belief, shall automatically notify counsel of record, and which pursuant to Local Civil Rule 5.1(b)(2), constitutes the equivalent service.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 13th day of August, 2009.

/s/ John F. Nevares
John F. Nevares (PR 130502)
**John Nevares & Associates, PSC**
P.O. Box 13667
San Juan, Puerto Rico 00908-3667
Tel. (787) 793-4906
Fax (787) 721-8820
Email: jfnevares@nevareslaw.com

*Liaison Counsel for Plaintiffs*

Hollis L. Salzman
**Labaton Sucharow LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
hsalzman@labaton.com


Nestor M. Mendez-Gómez
**Pietrantoni Mendez & Alvarez LLP**
Banco Popular Center, 19th Floor
209 Munoz Rivera Ave.
San Juan, PR 00918
Tel: (787) 274-1212
Fax: (787) 274-1470
nmendez@pmalaw.com

Camilo K. Salas, III
**Salas & Co., L.C.**
650 Pydras, Suite 1650
New Orleans, LA 70130
(Orleans Parish)
Tel: (504) 799-3080
Fax: (504) 799-3085
csalas@salaslaw.com

Linda P. Nussbaum
**Kaplan Fox & Kilsheimer, LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (2120 687-7714
lnussbaum@kaplanfox.com

Vincent J. Esades
**Heins Mills & Olson, P.L.C.**
310 Clifton Avenue
Minneapolis, MN 55403
Tel: (612) 338-4605
Fax: (612) 338-4692
vesades@heinsmills.com

Joe R. Whatley Jr.
**Whatley Drake & Kallas, LLC**
1540 Broadway, 37th Floor
New York, NY 10036
Tel: (212) 447-7070
Fax: (212) 447-7077
jwhatley@wdklaw.com

Daniel E. Becnel, Jr.
**Becnel Law Firm, LLC**
106 W. Seventh St.
P.O. Box Drawer H
Reserve, LA 70084
Tel: (985) 535-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

*Co-Lead Class Counsel*

3

Andres W. Lopez
**Law Offices of Andres W. Lopez**
207 Del Parque St. Third Floor
San Juan, PR 00912
Tel: 787-641-4541
Fax: 787-641-4544
andreswlopez@yahoo.com

Benjamin Brown
**Cohen Milstein Sellers & Toll, PLLC**
1100 New York Avenue, NW
Suite 500, West Tower
Washington, D.C. 20005
Tel: 202-408-4600
Fax: 202-408-4699
bbrown@cmht.com

Bryan Clobes
**Cafferty Faucher LLP**
1717 Arch Street, Suite 3610
Tel: 215-864-2800
Fax: 215-864-2810
bclobes@caffertyfaucher.com

Salvador Antonetti
**Fiddler, Gonzalez & Rodriguez**
PO Box 363507
San Juan, PR 00936-3507
Tel: 787-759-3209
Fax: 787-759-3109
santonetti@fgrlaw.com

Ruthanne Gordon
**Berger & Montague, PC**
1622 Locust St.
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604
rgordon@bm.net

Stephen A. Asher
**Weinstein Kitchenoff & Asher LLC**
1845 Walnut Street, Suite 110

Philadelphia, PA 19103
Tel: 215-545-7200
Fax: 215-545-6535
asher@wka-law.com

David C. Indiano-Vicic
**Indiano & Williams, PSC**
207 Del Parque Street
Third Floor
San Juan, PR 00912
Tel: 787-641-4545
Fax: 787-641-4544
david.indiano@indianowilliams.com

Richard Lockridge
**Lockridge Grindal Nauen P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: 612-339-6900
Fax: 612-339-0981
ralockridge@locklaw.com

Lawrence Silverman
**Silverman Cosgrove & Sammataro**
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2650
Miami, Florida 33131-1704
Tel: 305-377-1666
Fax: 305-377-1664
lsilverman@scs-legal.com

Stuart G. Gross
**Cotchett, Pitre & McCarthy**
840 Malcolm Road
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-697-0577
sgross@cpmlegal.com

Eric Pérez Ochoa
**Adsuar Muniz Goyco Seda**
**& Perez-Ochoa, P.S.C.**
PO Box 70294
San Juan, PR 00936-8294
Tel: 787-756-9000
Fax: 787-756-9010

epo@amgprlaw.com

Bruce Simon
**Pearson Simon Soter Warshaw**
& Penny LLP
44Montgomery Street Suite 1200
San Francisco, CA 94104
Tel: 415-433-9000
Fax: 415-433-9008
bsimon@psswplaw.com

Eric M. Quetglas-Jordan
**Quetglas Law Office**
PO Box 16606
San Juan, PR 00908-6606
Tel: 787-722-7745
Fax: 787-725-3970
quetglaslaw@hotmail.com

Archie Lamb
**Law Offices of Archie Lamb, LLC**
P.O. Box 2088
Birmingham, AL 35201
Tel: 205-324-4644
Fax: 205-324-4649
alamb@archielamb.com

Andrés Guillermard
**Nachman Santiago & Guillemard**
1302 Ponce de León, Suite 302
San Juan, PR 00907
Tel: 787-724-1212
Fax: 787-725-1339

Kevin B. Love
**Criden & Love PA**
7301 SW 57th Court, Suite 515
South Miami, FL 33134
Tel: 305-357-9000
Fax: 305-357-9050
klove@cridenlove.com

*Plaintiffs' Steering Committee*