IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: PUERTO RICAN CABOTAGE ANTITRUST LITIGATION | MDL Docket No. 08-md-1960 (DRD) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **CLASS ACTION** |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

Defendants Sea Star Line, LLC ("Sea Star") and Saltchuk Resources, Inc. ("Saltchuk") respectfully inform the Court as follows:

1. Last week, Sea Star, Saltchuk and Leonard Shapiro reached a settlement with the named Direct Purchaser Plaintiff class representatives, both individually and on behalf of the putative Class, to resolve all claims asserted or that could have been asserted by said Class in the above-captioned litigation. Counsel for these parties have now documented their settlement and have signed a Settlement Agreement.

2. Defendants anticipate that Interim Co-Lead Counsel for the Plaintiff Class will be filing a Motion for Preliminary Approval of the Settlement Agreement with this Honorable Court in the near future.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on July 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically to all counsel of record.

In San Juan, Puerto Rico, this 23rd day of July, 2010.

  /s/ Carlos A. Rodríguez-Vidal
Carlos A. Rodríguez-Vidal (USDC 201213)
Mariana Negrón-Vargas
GOLDMAN ANTONETTI & CORDOVA, P.S.C.
Post Office Box 70364
San Juan, Puerto Rico  00936-8364
Tel.:   (787) 759-4117; Fax:  (787) 767-9117
Email:  crodriguez-vidal@gaclaw.com
Email:  mnegron@gaclaw.com

Steven L. Holley (*Pro hac vice*)
Adam S. Paris (*Pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel.:   (212) 558-4000; Fax:  (212) 558-3588
Email:  holleys@sullcrom.com
Email:  parisa@sullcrom.com

*Attorneys for Defendant*
*Sea Star Line, LLC*

  /s/ Harold D. Vicente-González
Harold D. Vicente-González
VICENTE & CUEBAS
Post Office Box 11609
San Juan, Puerto Rico 00910-1609
Tel.:   (787) 751-8000; Fax:  (787) 756-5250
Email:  hvicente@vc-law.net

*Attorney for Defendant*
*Saltchuk Resources, Inc.*