IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: PUERTO RICAN CABOTAGE ANTITRUST LITIGATION | MDL Docket No. 08-md-1960 (DRD) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CLASS ACTION |

**SEA STAR LINE, LLC'S MOTION TO RESCHEDULE
SETTLEMENT HEARING TO AUGUST 25, 2010**

**TO THE HONORABLE COURT:**

      1.     Defendant Sea Star Line, LLC ("Sea Star") respectfully moves to reschedule the hearing regarding preliminary approval of the Settlement Agreement between Plaintiffs and Sea Star, Saltchuk Resources Inc., American Shipping Group, Inc. and Leonard Shapiro, currently set for August 24, 2010, to **August 25th 2010.**

      2.     As grounds for this motion, Sea Star states that its lead counsel has a preexisting conflict in New York on August 24, 2010 that cannot be rescheduled.

      3.     All interested parties have been made aware of this conflict and do not object to rescheduling the hearing.

      4.     No party will suffer any prejudice by the allowance of this motion.

WHEREFORE, Sea Star respectfully requests that the Court reschedule the August 24, 2010 preliminary approval hearing to **August 25, 2010 at 9:00 a.m.**

**RESPECTFULLY SUBMITTED.**

**I CERTIFY** that on this same date I filed the foregoing by uploading to the CM/ECF system, which will send automatic notices to the attorneys of record.

In San Juan, Puerto Rico, this 3rd day of August, 2010.

/s/ Carlos A. Rodríguez-Vidal
Carlos A. Rodríguez-Vidal USDC 201213
Mariana Negrón-Vargas
GOLDMAN ANTONETTI & CORDOVA, P.S.C.
Post Office Box 70364
San Juan, Puerto Rico  00936-8364
Tel.:    (787) 759-4117
Fax:    (787) 767-9117
Email:  crodriguez-vidal@gaclaw.com
Email:  mnegron@gaclaw.com

Steven L. Holley (*Pro hac vice*)
Adam S. Paris (*Pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel.:    (212) 558-4000
Fax:    (212) 558-3588
Email:  holleys@sullcrom.com
Email:  parisa@sullcrom.com

*Attorneys for Defendant*
*Sea Star Line, LLC*