# OVIDIO P. CANET
## SVS de Emplazamientos y Embargos
Tel. 787-593-9819, 787-526-7997, 787-562-3043

BOX 10210  SAN JUAN, PR  00922-0210

A. _Ledo. Jose F. Sangs_  Factura Núm: _____

Fecha: _1/21/09_  File Number: _____

Nombre de las partes: _Horizon Lines LLC v X-Press Freight Forwarders_

Civil: _08-2095_  Sala: _JP_  Tribunal: _Fed. P.R._ et als

Labor realizada:
_Carolina, Santurce, Hato Rey_

(✓) Emplazamientos  _X Press, 1/21/09_   125.00

(  ) Citaciones  (negativos)  _____

(  ) Tribunales: radicaciones, expedir y juramentar  _____

(  ) Embargos  (registro de la propiedad)  _____

(  ) Escrituras  _____

(  ) Publicación de edictos  _____

(  ) Investigaciones  _____

(  ) Mensajería  _____

TOTAL: $125.00

**ESTA FACTURA VENCE Y ES PAGADERA A SU PRESENTACION**