```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF PUERTO RICO

IN RE PUERTO RICAN CABOTAGE        MDL Docket No.
ANTI TRUST LITIGAITON              3:08-md-1960 (DRD)

                                   ALL CASES
```

### Notice of Filing Proposed Findings of Fact
### And Conclusions of Law

Pursuant to the Court's Order granting Co-Lead Counsel leave to file proposed findings of fact and conclusions of law in support of the pending motion seeking final approval of the Class Action settlements, the Plaintiffs' hereby give Notice of the Submission of the attached Proposed Findings of Fact and Conclusions of Law in Support of Final Approval of the Class Action settlements with Defendants Horizon, Sea Star, Crowley and Chisholm.

Respectfully Submitted,

/s/ John Nevares
John F. Nevares (PR 130502)
John Nevares & Associates, PSC
P.O. Box 13667
San Juan, Puerto Rico 00908-3667
Tel. (787) 793-4906
Fax (787) 721-8820
Email: jfnevares@nevareslaw.com.

*Liaison Counsel for Plaintiffs*

Camilo K. Salas III (LA Bar #11657)
SALAS & Co., L.C.
650 Pydras, Suite 2000
New Orleans, LA 70130
(Orleans Parish)
Tel: (504) 799-3080
Fax: (504) 799-3085

csalas@salaslaw.com

Hollis Salzman
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
hsalzman@labaton.com

Nestor M. Mendez-Gomez
Pietrantoni Mendez & Alvarez LLP
Banco Popular Center, 19th Floor
209 Munoz Rivera Ave.
San Juan, PR 00918
Tel: (787) 274-1212
Fax: (787) 274-1470
nmendez@pmalaw.com

Linda P. Nussbaum
Grant & Eisenhofer, PA
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel:  (646) 722-8500
Fax:  (646) 722-8501
lnussbaum@gelaw.com

Vincent J. Esades
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Tel: (612) 338-4605
Fax: (612) 338-4692
vesades@heinsmills.com

Joe R. Whatley Jr.
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Tel: (212) 447-7070
Fax: (212) 447-7077
jwhatley@wdklaw.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
106 W. Seventh St.
P.O. Box Drawer H
Reserve, LA 70084
Tel: (985) 535-1186

Fax: (985) 536-6445
dbecnel@becnellaw.com

*Co-Lead Class Counsel*


I HEREBY CERTIFY that today I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which, on information and belief, shall automatically notify counsel of record, and which pursuant to Local Civil Rule 5.1(b)(2), constitutes the equivalent service.


/s/ *Richard P. Rouco*_____
Richard P. Rouco
Admitted *Pro hac vice*