## Gonzalez Miranda & Gonzalez Abella, PSC
Midtown Building - Suite 904
421 Muñoz Rivera Avenue
San Juan, PR 00918

Fax:787-281-6585     Ph:787-767-9494

Jose F. Sárraga, Esq.  
P.O. Box 9023962  
San Juan, PR 00902-3962

Sep 09, 2010

Attention:

File #: 2046-001  
Inv #: 1138

RE:     Re: Horizon Lines

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-23-10 | Examine documents sent; research on transfers excluded from scope of Article 9-9-104. | 1.00 | 200.00 | NGM |
| Aug-24-10 | Continue research on transfers of tort claim excluded from UCC Art 9: conference with J. Sarraga, re: same. | 2.00 | 400.00 | NGM |
| Aug-25-10 | Research on transfers of tort claim excluded from UCC Art 9; discussion about research with NGM. | 2.50 | 375.00 | NGA |
|  | Continue research on transfers of tort claim excluded from UCC Art 9: review complaints sent by J. Sarraga. | 1.50 | 300.00 | NGM |
| Aug-26-10 | Meeting with J. Sarraga and conference call with Mr. deVoe; examine law review article and case law on tort claim exclusion from UCC Article 9 in preparation for report. | 2.00 | 400.00 | NGM |
| Aug-27-10 | Continue examination of case law on tort claim exclusion from UCC Article 9 in preparation for report. | 2.50 | 500.00 | NGM |
| Aug-30-10 | Draft opinon on tort claim exclusion from UCC Article 9. | 2.00 | 400.00 | NGM |
| Aug-31-10 | Draft opinon on tort claim exclusion from UCC Article 9. | 3.50 | 700.00 | NGM |
| Sep-02-10 | Conference with J. Sarraga, re: UCC Article 9 opinion. | 0.25 | 50.00 | NGM |
| | Totals | 17.25 | $3,325.00 | |

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| Aug-25-10 | Copies of documents sent. (42) | 11.50 | |
| | Totals | $11.50 | $0.00 |
| | **Total Fees & Disbursements** | | $3,336.50 |

## Gonzalez Miranda & Gonzalez Abella, PSC
Midtown Building - Suite 904
421 Muñoz Rivera Avenue
San Juan, PR 00918

Fax:787-281-6585     Ph:787-767-9494

Jose F. Sárraga, Esq.                                Nov 08, 2010
P.O. Box 9023962
San Juan, PR 00902-3962

|  |  | File #: | 2046-001 |
|---|---|---|---|
| Attention: |  | Inv #: | 1162 |

RE:     Re: Horizon Lines

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-13-10 | Conference with J. Sarraga, re: hearing. | 0.25 | 50.00 | NGM |
| Oct-14-10 | Conference with J. Sarraga, re: conference with counsel; review opinion in preparation for conference; conference with counsel. | 1.50 | 300.00 | NGM |
| Oct-19-10 | Reviewing cases cited in BPPR's reply. | 4.00 | 800.00 | NGM |
| Oct-28-10 | Conference J. Sarraga, re: meeting. | 0.25 | 50.00 | NGM |
|  | Totals | 6.00 | $1,200.00 |  |

**Total Fees & Disbursements**                                           $1,200.00